# Order

Michigan Supreme Court
Lansing, Michigan

May 1, 2013

146313

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                           SC: 146313
                                           COA: 310911
                                           Shiawassee CC: 11-001506-FH

DAVID ANTHONY RITCHIE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 19, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2013

_____
Clerk

p0424